UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHERRIE HOUSTON, individually and as successor-in-interest to the ESTATE OF GEORGE HOUSTON, | No. 2:19-cv-00157 WBS DB |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| 3M COMPANY; ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC.; AMERIFLEX RUBBER & GASKET CO., INC.; BORGWARNER USA INDUSTRIES, L.L.C., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BORGWARNER CORPORATION; BP CHEMICALS (HITCO), INC.; CBS CORPORATION, A DELAWARE CORPORATION, FKA VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FKA WESTINGHOUSE ELECTRIC CORPORATION; CONOCOPHILLIPS COMPANY; DEXTER HYSOL AEROSPACE, INC.; DRILLING SPECIALTIES COMPANY, LLC; FIBERITE CORP.; FIBREX, INC.; FORD MOTOR COMPANY; FOSTER WHEELER, LLC, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST, PARENT, SUBSIDIARY, ALTER EGO AND SUBSIDIARY, ALTER EGO AND | |

1

| | |
|---|---|
| 1 | EQUITABLE TRUSTEE OF FOSTER WHEELER CORPORATION; GENERAL |
| 2 | ELECTRIC COMPANY; GOODYEAR AEROSPACE CORPORATION; HENNESSY |
| 3 | INDUSTRIES, LLC; HONEYWELL INTERNATIONAL INC., F/K/A |
| 4 | ALLIEDSIGNAL INC., AS SUCCESSOR-ININTEREST TO THE BENDIX |
| 5 | CORPORATION; METALCLAD INSULATION CORPORATION, |
| 6 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN CALIFORNIA |
| 7 | INSULATION, INC.; MONTELLO, INC.; NASCO AVIATION CORP.; |
| 8 | OWENSILLINOIS, INC.; PARKER-HANNIFIN CORPORATION, |
| 9 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PARKER SEAL AND |
| 10 | SACOMO SIERRA AND SACOMO MANUFACTURING CO.; PNEUMO ABEX |
| 11 | LLC; ROCKWELL INTERNATIONAL CORP.; THE B.F. GOODRICH |
| 12 | COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; |
| 13 | UNION CARBIDE CORPORATION; and FIRST DOE through FOUR HUNDRETH |
| 14 | DOE, inclusive. UNION CARBIDE CORPORATION; and FIRST DOE |
| 15 | through FOUR HUNDREDTH DOE, inclusive, |
| 16 | |
| 17 | Defendants. |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in one or more of the defendants in this case.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS FURTHER ORDERED that any previous orders issued

by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated: January 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE