UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE HOUSTON, | Case No. 2:19-cv-00157-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| 3M COMPANY, et al., | |
| Defendants. | |

Following a June 4, 2019 status conference, the court issues this confirming and clarifying order.

The court resolves pending stipulations as follows: The parties amended stipulation for electronic service, ECF No. 138, is GRANTED. The court accepts the stipulated dismissal of defendant Cytec Industries Inc., ECF No. 139, and Cytec Industries Inc. is DISMISSED without prejudice and with a mutual waiver of costs under Rule 41(a)(1)(A)(ii). In light of the notice of partial resolution, ECF No. 140, the court ORDERS the parties to file dispositional documents as to General Electric Company no later than July 8, 2019. The court accepts the stipulated dismissal of defendant Nasco Aircraft Brake, Inc., ECF No. 141, and Nasco Aircraft Brake, Inc. is DISMISSED without prejudice and with a mutual waiver of costs under Rule 41(a)(1)(A)(ii). The court also accepts the stipulated dismissal of defendant Union Carbide Corporation., ECF No. 143, and Union Carbide is DISMISSED with prejudice and with a mutual waiver of costs under Rule

41(a)(1)(A)(ii). As to the notice of settlement, ECF No. 144, the court ORDERS the parties to file dispositional documents as to as to CBS Corporation no later than July 8, 2019.

As confirmed at the status conference, plaintiff will clarify defendants Owens-Illinois, Inc.'s and Goodyear Tire & Rubber Company's statuses in this case no later than June 13, 2019. Although not noted at hearing, the court now ORDERS plaintiff to also identify defendant Fibrex, Inc.'s status in her June 13, 2019 filing.

IT IS SO ORDERED.

DATED: June 7, 2019.

_____
UNITED STATES DISTRICT JUDGE